CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 25 2013
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD L. COSNER, | CASE NO. 7:13CV00110 |
| Plaintiff, | |
| | FINAL ORDER |
| v. | |
| LT. LYALL, ET AL., | |
| | By: Hon. Jackson L. Kiser |
| | Senior United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust administrative remedies; and plaintiff's motion for a preliminary injunction (Docket 4) is **DENIED**; and plaintiff's motion to appoint counsel (Docket 3) and plaintiff's motion for leave to proceed in forma pauperis (Docket 2) are **DISMISSED** as moot, and this action is stricken from the active docket of the court.

ENTER: This 25th day of March, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge